```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
FRED ALSTON,                                  :
                                              :
                          Plaintiff,          :
                                              :            22-CV-7025 (VSB)
             -against-                        :
                                              :                 ORDER
NAGEL PARKING INC.,                           :
                                              :
                          Defendant.          :
                                              :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

  Plaintiff filed this action on August 17, 2022, (Doc. 1), and filed an affidavit of service on October 18, 2022, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was October 4, 2022. (*See* Doc. 7.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 26, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  October 19, 2022
    New York, New York

                           _____
                           VERNON S. BRODERICK
                           United States District Judge