Jeffrey S. Dubin, P.C.
Attorney for the Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
DubinJS@cs.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FRED ALSTON, as a Trustee of THE LOCAL 272　　　　Civil Action No.
LABOR-MANAGEMENT PENSION FUND;　　　　　　　　22 Civ. 7025 (VSB)
FRED ALSTON, as a Trustee of THE LOCAL 272　　　　ECF Case
WELFARE FUND,

　　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　　　　　VOLUNTARY
　　　-against-　　　　　　　　　　　　　　　　　　DISMISSAL
　　　　　　　　　　　　　　　　　　　　　　　　　　and ORDER
NAGEL PARKING INC.

　　　　　　　　　　　Defendant.
-------------------------------------------------------X

　　　　As the plaintiffs and the defendant have reached a settlement and the settlement proceeds have been paid to plaintiffs, IT IS HEREBY STIPULATED by the undersigned that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action be dismissed, without costs to either party, defendant not having appeared or answered. I hereby consent to the entry of this proposed order.

Dated: December 7, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Dubin (JD-0446)
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Dubin, P.C.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

_____
Vernon S. Broderick
United States District Judge

Dated: December 8, 2022